Dear MR. Russell    6-17-21
im no longer At KSP Any more. My new
Address is KSR. 300 West Hwy 146
LaGrange Ky 40032. D9-A-L-15

Thanks
[signature]

FILED
JAMES J. VILT, JR. - CLERK
JUN 21 2021
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Jerry Nation 149383
KSR D9-VL-15
3001 West Hwy 146
LaGrange KY 40032

LEGAL
MAIL

FILED
JAMES J. VILT, JR. - CLERK
JUN 21 2021
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

KENTUCKY STATE REFORMATORY
LAGRANGE, KY 40032
18 JUN 2021 PM 4 L
INMATE MAIL.
NOT RESPONSIBLE FOR CONTENTS

CINCINNATI OH 452

NEOPOST
06/18/2021
US POSTAGE $




HON. Thomas B. Russell
United States District Courts
Room 127 Federal Building
501 Broadway
Paducah KY 42001-6801

42001-680199