# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

**JERRY NATION**                                                                                               **PLAINTIFF**

v.                               **CIVIL ACTION NO. 5:20-CV-P201-TBR**

**UNIT ADMINISTRATOR JILL ROBERTS et al.**                        **DEFENDANTS**

## ORDER

*Pro se* Plaintiff Jerry Nation filed a letter which the Court construed as a voluntary motion to dismiss (DN 14). However, because Plaintiff appeared to believe that dismissal of his case would relieve him of his obligation to pay the filing fee, the Court ordered him to clarify if he wanted to dismiss this action knowing that he would still have to pay the fee (DN 16). Plaintiff has responded that because he is still obligated to pay the fee, he does not wish to dismiss this action (DN 17). Accordingly,

      **IT IS ORDERED** that Plaintiff's motion (DN 14) is **DENIED as moot**.

      Additionally, Plaintiff filed a motion for relief in the form of being transferred to another prison (DN 12). Since filing that motion, however, Plaintiff has been transferred to another prison. *See* DN 18. Accordingly,

      **IT IS ORDERED** that Plaintiff's motion (DN 12) is **DENIED as moot**.

Date: October 18, 2021

                                                                    *Thomas B. Russell*
                                                     **Thomas B. Russell, Senior Judge**
                                                      **United States District Court**

cc:    Plaintiff, *pro se*
        Defendants
        General Counsel, Justice & Public Safety Cabinet, Office of Legal Counsel
4413.009